# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:90-cr-00231-MR-WCM-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| THOMAS FLOYD LITTLEJOHN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* "Motion for Reconsideration for Reduction of Sentence Per the First Step Act of 2018" [Doc. 69].

The Court denied the Defendant's motion for a sentence reduction under the First Step Act of 2018 on January 17, 2020. [Doc. 65]. The Defendant now seeks reconsideration of that Order. [Doc. 69]. Previously, however, the Defendant filed a Notice of Appeal [Doc. 66] of the Court's Order denying relief under the First Step Act. The Court is therefore divested of jurisdiction over this matter. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58–59 (1982) (per curiam) ("The filing of a notice of appeal is an event of jurisdictional significance -- it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of

the case involved in the appeal."). Because the Court is without jurisdiction to consider the Defendant's motion, the Defendant's request for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* "Motion for Reconsideration for Reduction of Sentence Per the First Step Act of 2018" [Doc. 69] is **DENIED**.

**IT IS SO ORDERED**.

Signed: July 9, 2020

Martin Reidinger
Chief United States District Judge